No. 85–5451. RILEY v. DELAWARE. Sup. Ct. Del.;

No. 85–6447. TUCKER v. KEMP, WARDEN. C. A. 11th Cir.;

No. 85–6671. ROBERTS v. AIKEN, WARDEN, ET AL. Ct. Common Pleas S. C., Berkeley County;

No. 85–6748. WILLIAMS v. ILLINOIS. Sup. Ct. Ill.;

No. 85–6818. WILLIAMS v. KEMP, WARDEN. Sup. Ct. Ga.; and

No. 85–6834. ROOK v. RICE, WARDEN. C. A. 4th Cir. Certiorari denied. Reported below: No. 85–5451, 496 A. 2d 997; No. 85–6447, 776 F. 2d 1487; No. 85–6748, 109 Ill. 2d 391,

488 N. E. 2d 255; No. 85–6818, 255 Ga. 380, 338 S. E. 2d 669; No. 85–6834, 783 F. 2d 401.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.